UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:11-CR-46-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KENDRA LYNN ELDRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court following Defendant Kendra Lynn Eldridge's final revocation hearing on four charges of violating supervised release. After conducting the hearing, Judge Ingram recommended that the undersigned find Eldridge guilty of the charged violations of supervision, revoke her supervision, and sentence her to a term of incarceration for 12 months followed by no term of supervised release to follow. DE 189 at 11. Judge Ingram informed Defendant of her right to object to the recommendation. *Id.* Defendant waived allocution. DE 190. The prescribed fourteen-day objection period has passed, and neither Eldridge nor the United States objected to the Recommendation.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 66, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate's judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any

objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, including Judge Ingram's thoughtful treatment, **ORDERS** as follows:

1. The Court **ADOPTS** DE 189, **ADJUDGES** Defendant Eldridge guilty of the four charged violations of supervision; and

2. The Court revokes the supervision term and **SENTENCES** Defendant Eldridge to a term of incarceration of 12 months, with no supervision to follow. The Court will enter an appropriate revocation judgment.

This the 12th day of May, 2021.

Signed By:
*Robert E. Wier*
United States District Judge